UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DERRICK W. MACON<br>12401 Weldon Manor Lane<br>Upper Marlboro, MD 20772<br><br>           Plaintiff<br>      v.<br><br>U.S. CAPITOL POLICE BOARD,<br><br>           Defendant. | )<br>)<br>)<br>)   Civil Action No.: 08-0003 (EGS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Harry B. Roback as counsel for Defendant in the above-captioned case.

          Respectfully submitted,

          /s/ Harry B. Roback
          HARRY B. ROBACK (DC Bar # 485145)
          Assistant U.S. Attorney
          Civil Division
          501 Third Street, N.W.
          Washington, D.C.  20530
          (202) 616-5309

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of February, 2008, I caused the foregoing Praecipe to be served on Pro Se Plaintiff, **Derrick Macon**, by mail postage pre-paid and addressed as follows:

**DERRICK W. MACON**
12401 Weldon Manor Lane
Upper Marlboro, MD 20772

/s/ Harry B. Roback
HARRY B. ROBACK (DC Bar # 485145)
Assistant U.S. Attorney
Civil Division
501 Third Street, N.W.
Washington, D.C. 20530
(202) 616-5309