UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK W. MACON** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Civil Action 08-0003   (EGS) |
| | ) |
| **UNITED STATES CAPITOL** | ) |
| **POLICE BOARD,** | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION TO EXTEND TIME FOR
DEFENDANT TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b), the United States Capitol Police Board ("USCP") hereby moves for a 21-day extension of time to respond to the pro se Plaintiff's complaint in this action. Plaintiff consents to this extension. As the USCP demonstrates below, good cause exists for this modest extension.

1. In the complaint, Plaintiff alleges that the USCP discriminated against him based on his race and age.

2. The USCP's response to the complaint is currently due on March 28, 2008.

3. The USCP and its counsel have been working diligently to assess the allegations made in Plaintiff's complaint and respond to those allegations. However, counsel for the USCP needs a modest extension to complete this process.

4. Plaintiff will not be prejudiced by this extension.

5. This is Defendant's first request for an extension.

A proposed order is attached.

Respectfully submitted,

_____
JEFFREY A. TAYLOR , D.C. Bar # 498610
United States Attorney


_____
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/ Harry B. Roback
HARRY B. ROBACK, D.C. Bar # 485145
Assistant United States Attorney
United States Attorneys Office
555 4th Street, N.W.
Washington, D.C. 20530
March 27, 2008				Tel: 202-616-5309
harry.roback@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2008 I served plaintiff with Motion to Extend Time For Defendant To Respond To Complaint by mailing it to the following address:

Derrick Macon
12401 Weldon Manner Lane
Upper Marlboro, MD 20772

/s/ Harry B. Roback
Harry B. Roback

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK W. MACON**     ) | |
| )  | |
| **Plaintiff,**     ) | |
| )  | |
| v.     ) | Civil Action 08-0003   (EGS) |
| )  | |
| **UNITED STATES CAPITOL**     ) | |
| **POLICE BOARD,**     ) | |
| )  | |
| **Defendant.**     ) | |
| )  | |

**PROPOSED ORDER**

Upon consideration of the Consent Motion to Extend Time For Defendant United States Capitol Police Board to Respond to the Complaint, it is hereby

ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the United States Capitol Police Board shall respond to the Complaint by April 18, 2008.

SO ORDERED.

Date: _____                              _____
                                                                                    United States District Judge