UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK W. MACON** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UNITED STATES CAPITOL** )<br>**POLICE BOARD,** )<br>)<br>**Defendant.** )<br>) | Civil Action 08-0003  (EGS) |

## JOINT REPORT OF THE PARTIES

Pursuant to Local Rule 16.3, the parties in the above-captioned matter jointly submit this report.  The plaintiff alleges that the United States Capitol Police Board discriminated against him based on his race and age.  Plaintiff further alleges that the Capitol Police Board retaliated against him for opposing discrimination once he filed suit in U.S. District Court.  The Capitol Police Board denies any wrongdoing in this matter.  In particular, the Capitol Police Board believes that it treated plaintiff reasonably and fairly.

    1. <u>Status of Dispositive Motions</u>: There is no pending dispositive motion.  Plaintiff believes that the specific information provided in the claims of this case may proceed in light of the Court's September 2004 Memorandum Opinion and Order.  Plaintiff awaits a resolution of his claims (See Motion for Reconsideration, January 2, 2008).  Plaintiff respectfully suggests that this case will not be resolved by dispositive motion and believes that a jury will have to decide this case.

    Defendant believes that this case will be properly resolved by a motion for summary judgment.

2. <u>Amended Pleadings</u>: The parties do not currently anticipate that it will be necessary to join third parties.  The plaintiff anticipates seeking leave to amend the Complaint to add additional allegations of discrimination.  Plaintiff believes that as an original Plaintiff in Civil Action 01-2221 (EGS), he is entitled to consolidate this case No. 08-0003 (EGS). Plaintiff finds that it is appropriate to file an amended complaint, containing only the claims listed in this complaint, Civil Action No. 08-0003 (EGS) to Civil Action No. 01-2221 (EGS).

The Board believes that it needs to review the specific information regarding any further amendments to the Complaint before stating whether it will consent or oppose such amendments.

3. <u>Assignment to Magistrate Judge</u>:  The parties do not agree to the assignment of this case to a Magistrate Judge.

4. <u>Settlement Possibility</u>:  The parties do not believe that there is a realistic possibility of settlement prior to the resolution of dispositive motions.  However, Plaintiff agrees to negotiate a settlement to resolve the issues of only Civil Action No. 08-0003 (EGS); an offer has been submitted to the Defendant.

Defendant does not believe that there is a realistic possibility of settlement at this time.

5. <u>Alternative Dispute Resolution</u>:  The parties do not believe that this case would benefit from ADR at the present time.

6. Dispositive Motions: Defendant believes that this case will be properly resolved by a motion for summary judgment.  Defendant suggests that dispositive motions be due no later than thirty days after the close of discovery.  Plaintiff does not agree that this case will be resolved by a dispositive motion.

7. Initial Disclosures: The parties do not stipulate to dispense with initial disclosures, and propose that the disclosures be made no later than thirty days following the entry of a scheduling order in this action.

8. Discovery: The Federal Rules of Civil Procedure and the Local Rules of this Court shall govern discovery in this action.  Each party shall be entitled to conduct up to ten depositions.  The parties believe that discovery can be completed by December 1, 2008.

9. Experts: The parties do not anticipate the need for any expert witnesses in this case.

10. Class Action Procedures: Plaintiff believes that this case should be included in the *Blackmon-Malloy* putative class action.  Defendant does not believe that this case is a class action, and notes that the Complaint in the case does not purport to be a class action.

11. Bifurcation of Discovery or Trial: The parties do not anticipate the need for bifurcation.

12. Proposed Date For The Pretrial Conference:  The parties agree that a pretrial conference should not be scheduled until the Court has decided all dispositive motions.

13. Trial Date: The parties agree that, if necessary, a trial date should be set at the same time as a date is set for the pretrial conference.

14. The parties are not aware of any additional matters that require inclusion in the scheduling order.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| Derrick W. Macon (pro se) | JEFFREY A. TAYLOR , D.C. Bar # 498610 |
| 12401 Weldon Manor Lane | United States Attorney |
| Upper Marlboro, MD 20772 | |
| 301-627-2244 | /s/ |
| ddddmacon@yahoo.com | RUDOLPH CONTRERAS, D.C. Bar # 434122 |
| | Assistant United States Attorney |
| | |
| | /s/ |
| | HARRY B. ROBACK, D.C. Bar # 485145 |
| | Assistant United States Attorney |
| | United States Attorneys Office |
| | 555 4th Street, N.W. |
| | Washington, D.C. 20530 |
| | Tel: 202-616-5309 |
| May 29, 2008 | harry.roback@usdoj.gov |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DERRICK W. MACON**, <br><br>     **Plaintiff,** <br><br>     v. <br><br> **UNITED STATES CAPITOL POLICE BOARD,** <br><br>     **Defendant.** | ) <br> ) <br> ) <br> ) <br> )    Civil Action 08-0003  (EGS) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PROPOSED SCHEDULING ORDER**

Upon consideration of the parties' Joint Report under Rule 16.3, it is hereby ORDERED that the following schedule shall govern the proceedings this action:

| | |
|---|---|
| Rule 26(a)(1) Disclosures | June 22, 2008 |
| Discovery Cutoff | December 1, 2008 |
| Dispositive Motions Deadline | December 30, 2008 |

Date: _____          _____
                                United States District Judge