REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE H

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | | | | |
|---|---|---|---|---|
| CASE NO:<br>08-3 | DATE REFERRED:<br>6/26/08<br><br>DISPOSITION DATE: | PURPOSE:<br>SETTLEMENT | JUDGE:<br>EMMET G. SULLIVN | MAG. JUDGE<br>JOHN FACCIOLA |

| PLAINTIFF(S):<br>DERRICK MACON | DEFENDANT(S):<br>U.S. CAPITOL POLICE BOARD |
|---|---|

ENTRIES: