UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DERRICK W. MACON
    Plaintiff,

VS.                                          Civil Action No. 08-0003 (EGS)

UNITED STATES CAPITOL
POLICE BOARD
    Defendant

**PLAINTIFF'S RULE 26(a)(1) INITIAL DISCLOSURES**

Plaintiff Derrick W. Macon ("Plaintiff"), submits the following Initial Disclosures, pursuant to Rule 26(a))(1) of the Federal Rules of Civil Procedure and Local Rule 26.2(a).

**Persons with Knowledge**

The following individuals are likely to have discoverable information that Plaintiff may use to support its claims. The following individuals are sworn or civilian employees of the United States Capitol Police located at 119 D Street, N.E., Washington, D.C. 20510 and can be reached at (202)224-4841 or through Defendant's Counsel at (202)593-3336.

1. Capt. Tara Neeld: she may have information related to Plaintiff's work schedule, claims of discrimination, conflict of interest and hostile work environment.

2. Sgt. Jeanita Mitchell: she may have information related to Plaintiff's conflict of interest and hostile work environment.

3. Sgt. Alicia Dodson: she may have information related to Plaintiff's work schedule, conflict of interest and hostile work environment.

RECEIVED
JUL 2 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. Officer Kathryn Glean: she may have information related to Plaintiff's conflict of interest and hostile work environment.

5. Officer Dina McIlwain: she may have information related to Plaintiff's work schedule, claims of discrimination, conflict of interest and hostile work environment.

6. Officer Antoinette Pettis: she may have information related to Plaintiff's work schedule, claims of discrimination, conflict of interest and hostile work environment.

7. Sgt. Beverly Davis: she may have information related to Plaintiff's conflict of interest and hostile work environment.

8. Officer Helen Jones: she may have information related to Plaintiff's work schedule, claims of discrimination, conflict of interest and hostile work environment.

9. Officer Jill Thomas: she may have information related to Plaintiff's conflict of interest and hostile work environment.

10. Officer James Clark: he may have information related to Plaintiff's work schedule, claims of discrimination, conflict of interest and hostile work environment.

11. Officer Reginald Wilson: he may have information related to Plaintiff's work schedule, claims of discrimination, conflict of interest and hostile work environment.

12. Officer David Humphries: he may have information related to Plaintiff's work schedule, claims of discrimination, conflict of interest and hostile work environment.

13. Officer Lawrence Schaefer: he may have information related to Plaintiff's claims of discrimination, conflict of interest and hostile work environment.

The following individuals have worked with the United States Capitol Police and can be located as listed. He may have information related to Plaintiff's claims of conflict of interest and hostile work environment.

14. Mike McLenagan
    6626-A Wilson Lane
    Bethesda, MD 20817
    (301)320-9500

15. Brian Walvin
    1209 East 84th Street
    Brooklyn, NY 11236
    (410)937-9589

He may have information related to Plaintiff's claims of discrimination, conflict of interest and hostile work environment.

Respectfully Submitted,

*[signature]*
DERRICK WAYNE MACON
Pro Se
12401 Weldon Manor Lane
Upper Marlboro, MD 20772
(301) 627-2244

July 24, 2008

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2008, I caused a copy of Plaintiff's Initial disclosures to be mailed to Defendant at the following address:

FREDERICK M. HERRERA
Employment Counsel
Capitol Police Board
119 D Street N.E., Suite 510
Washington, D.C. 20510

HARRY B. ROBACK
Attorney for Defendant
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530

*[signature]*
**DERRICK WAYNE MACON**
Pro Se
12401 Weldon Manor Lane
Upper Marlboro, MD 20772
(301) 627-2244