UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK W. MACON,** )<br>)<br>  **Plaintiff,** )<br>)<br>)<br>  v. )<br>)<br>**U.S. CAPITOL POLICE BOARD,** )<br>)<br>  **Defendant.** )<br>) | Civil Action No. 08-0003 (EGS) |

**DEFENDANT'S CONSENT MOTION TO RESCHEDULE
THE MEDIATION SET FOR SEPTEMBER 23, 2008**

Defendant respectfully requests that the Court reschedule the mediation session with Magistrate Judge Facciola that is scheduled to take place on September 23, 2008.  Good cause exists for the Court to reschedule this mediation session, as Defendant sets forth below:

  1. A mediation session with Magistrate Judge Facciola was scheduled to take place on August 13, 2008.  Defendant and its counsel appeared at the mediation, but plaintiff did not.

  2. On August 25, 2008, the Court scheduled another mediation session to take place with Magistrate Judge Facciola on September 23, 2008.  However, counsel for the Defendant already has depositions scheduled in another matter pending before this Court on that date.

  3. Plaintiff consents to this motion, and will not be prejudiced by rescheduling the mediation session.

  4. Defendant understands that Magistrate Judge Facciola is available in October, and notes that both parties are available the last two weeks of October for a mediation session (except Defendant's counsel is unavailable on Monday, October 20 and the morning of October 24).

A proposed order is attached.

        Respectfully submitted,

        _____
        JEFFREY A. TAYLOR , D.C. Bar # 498610
        United States Attorney

        _____
        RUDOLPH CONTRERAS, D.C. Bar # 434122
        Assistant United States Attorney

| OF COUNSEL | /s/ Harry B. Roback |
|---|---|
|  | HARRY B. ROBACK, D.C. Bar # 485145 |
| FREDERICK M. HERRERA | Assistant United States Attorney |
| Employment Counsel | United States Attorney's Office |
| Capitol Police Board | 555 4th Street, N.W. |
| 499 South Capitol Street, SW | Washington D.C. 20530 |
| Washington, DC 20003 | Tel: 202-616-5309 |

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 4th day of September, 2008, I caused a copy of Defendant's Motion to Reschedule The Mediation Set For September 23, 2008 to be mailed to Plaintiff at the following address:

Derrick W. Macon
12401 Weldon Manor Lane
Upper Marlboro, MD 20772

                                               /s/ Harry B. Roback
                                               Harry B. Roback

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DERRICK W. MACON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. 08-0003 (EGS) |
| **U.S. CAPITOL POLICE BOARD,** | ) |
| **Defendant.** | ) |

**PROPOSED ORDER**

Upon consideration of Defendant's consent motion to reschedule mediation, it is hereby ORDERED that the motion is GRANTED.

IT IS FURTHER ORDERED that the mediation session is rescheduled for _____, 2008 at _____. The parties shall appear at the chambers of Magistrate Judge Facciola at that time.

SO ORDERED.

Date: _____

_____
United States District Judge